# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5044**  **September Term, 2006**

06cv02226

**Filed On:**

Tony Weems,
    Petitioner

v.

Alberto Gonzales, Attorney General and John Tracey, Warden,
    Respondents



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED FEB 2 3 2007

CLERK

## ORDER

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See <u>Mitchell v Reno</u>, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its issuance of either a certificate of appealability or statement why a certificate should not issue.

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk